No. 90–1738.   PACIFIC POWER & LIGHT CO. ET AL. *v.* MONTANA DEPARTMENT OF REVENUE ET AL.   Sup. Ct. Mont.   Certiorari denied.

No. 90–1740.   SAFIR *v.* NICKERSON, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. C. A. 2d Cir.   Certiorari denied.

No. 90–1744.   RICHARDSON *v.* FLORIDA BAR.   Sup. Ct. Fla. Certiorari denied.

No. 90–1747.   DAVIS *v.* BEXAR COUNTY SHERIFF'S CIVIL SERVICE COMMISSION.   Sup. Ct. Tex.   Certiorari denied.

No. 90–1748.   WILLIAMS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–1751.   SANTONI ROIG ET AL. *v.* IBERIA LINEAS AEREAS DE ESPANA.   C. A. 1st Cir.   Certiorari denied.

No. 90–1752.   THOMAS *v.* BLISS & LAUGHLIN STEEL CO.   C. A. 7th Cir.   Certiorari denied.

No. 90–1753.   MICHIGAN *v.* GONDER.   Ct. App. Mich.   Certiorari denied.

No. 90–1755.   RABEN-PASTAL *v.* CITY OF COCONUT CREEK, FLORIDA, ET AL.   Sup. Ct. Fla.   Certiorari denied.

No. 90–1759.   GESHWIND *v.* GARRICK ET AL.   C. A. 2d Cir. Certiorari denied.

No. 90–1761.   MONROE ET AL. *v.* CITY OF WOODVILLE, MISSISSIPPI, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–1762.   WILLIAMS *v.* GARBAN LTD. ET AL.   C. A. 2d Cir. Certiorari denied.

No. 90–1764.   INDEPENDENT FRUIT & PRODUCE CO. ET AL. *v.* CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL.   C. A. 8th Cir.   Certiorari denied.